DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NOEL JAMIE SANCHEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-922

_____

January 10, 2024

Appeal from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Howard L. Dimmig, II, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.